IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, <br><br> Plaintiff(s), <br><br> v. <br><br> Antonio Lashawn Warfield, <br><br> Defendant(s). | Case No. 13 cr 577 <br> Judge Robert M. Dow |

### ORDER

Rule to show cause hearing reset to 2/28/2014 at 9:15a.m. It is Ordered that a detainer be lodged against Defendant Antonio Lashawn Warfield, # 18049424 who is presently in custody at Cook County Jail.

Date: 1/24/2014

_____
Robert M Dow, Jr., U.S.D.C. Judge

( : )